IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEE SIMMS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-1287
LT Case No. 2012-CF-11400

_____/

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Lee Simms, Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, BOATWRIGHT and PRATT, JJ., concur.